IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ISRAEL GUTIERREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 7:07-cv-00856-LSC-PWG |
| ) | |
| MONTGOMERY COUNTY DETENTION ) | |
| CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

The magistrate judge filed a report on May 23, 2007, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No response has been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. It is therefore ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

Done this 13th day of June 2007.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153